(October 18, 1913.)

PETER KERR et al., Appellants, v. E. N. GRAHAM, Respondent.

[135 Pac. 1165.]

APPEAL from the District Court of the Second Judicial District for Idaho County. Hon. Edgar C. Steele, Judge.

Action for breach of contract. Judgment for defendant. Plaintiff appeals. *Affirmed.*

W. N. Scales, for Appellants.

W. H. Casady and E. M. Griffith, for Respondent.

AILSHIE, C. J.—The same question is raised in this case that has been passed upon in *Peter Kerr et al. v. Finch, ante,* p. 32, 135 Pac. 1165, just decided, and the case of *Houser v. Hobart,* 22 Ida. 735, 127 Pac. 997, 43 L. R. A., N. S., 410.

Upon the authority of those cases the judgment herein must be affirmed, and it is so ordered.   Costs awarded in favor of respondent.

Sullivan and Stewart, JJ., concur.